216 F.3d 885 (9th Cir. 2000)
 KATIE JOHN; DORIS CHARLES; MENTASTA VILLAGE COUNCIL; ALASKA FEDERATION OF NATIVES, Plaintiffs-Appellees,
v.
UNITED STATES OF AMERICA; BRUCE BABBITT, in his official capacity as Secretary of Interior; DANIEL GLICKMAN, in his official capacity as Secretary
of Agriculture; and DANIEL DEMIENTIEFF, NILES CESAR, FRAN CHERRY, ROBERT BARBEE, DAVE ALLEN, and RICK CABLES, in their capacities as members of the Federal Subsistence Board, Defendants-Appellees,
and
STATE OF ALASKA and FRANK RUE, in his capacity as Commissioner of the Alaska Department of Fish and Game, Defendants-Appellants.
 No. 00-35121
 U.S. Court of Appeals for the Ninth Circuit
 Filed July 14, 2000
 
 Before: Procter Hug, Jr., Chief Judge.
 
 D.C. No. CV-90-00484-HRH
 Prior report: 72 F.3d 698
 ORDER
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court,[1] it is ordered that this case be heard by the en banc court pursuant to Circuit Rule 35-3.
 
 
 
 Notes:
 
 
 [1]
 Judge Fisher was recused.